JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
6060 Elton Avenue – Suite A
Las Vegas, Nevada  89107
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANN KELLEY, | CASE NO. 2:14-cv-00856-RCJ-CWH |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC. and DOES 1 through 100; And ROE CORPORATIONS 101 through 200 | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

WHEREAS, the parties to this litigation participated in a private mediation on May 19, 2015 which resulted in a full and final settlement of this case;

IT IS HEREBY STIPULATED AND AGREED by and between CHRISTOPHER D. BURK, ESQ., of the law firm BERNSTEIN & POISSON, Attorneys for Plaintiff ANN KELLEY, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

1. Plaintiff ANN KELLEY'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /

CLAC 3009652.1

2. There is no trial date in this matter.

DATED this 25th day of June, 2015.

| BERNSTEIN & POISSON | COOPER LEVENSON, P.A. |
|---|---|
| /s/Christopher D. Burk<br>CHRISTOPHER D. BURK, ESQ.<br>Nevada Bar No. 008976<br>320 South Jones Boulevard<br>Las Vegas, NV  89107<br>(702) 256-4566<br>Attorneys for Plaintiff<br>ANN KELLEY | /s/Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>6060 Elton Avenue – Suite A<br>Las Vegas, Nevada  89107<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
DATED:  June 26, 2015

CLAC 3009652.1

2